TIMOTHY KEILEY, as Administrator of the Estate of HAROLD J. KEILEY, Deceased, Respondent, *v.* NEW YORK CENTRAL AND HUDSON RIVER RAILROAD COMPANY, Appellant.

*Keiley* v. *N. Y. C. & H. R. R. R. Co.*, 167 App. Div. 812, appeal dismissed.

(Argued December 13, 1916; decided December 28, 1916.)

APPEAL from a judgment, entered May 7, 1915, upon an order of the Appellate Division of the Supreme Court in the third judicial department, which reversed an order of the court at a Trial Term setting aside a verdict in favor of plaintiff and directed a modification of and reinstatement as modified of said verdict in an action to recover for the death of plaintiff's intestate alleged to

have been occasioned through the negligence of the defendant. The respondent contended that the order of the Appellate Division being unanimous in affirming the finding of the jury, and the case being one for negligence, there was nothing for this court to review.

*Daniel C. Meegan* for appellant.

*Homer J. Borst* for respondent.

Appeal dismissed, with costs; no opinion.

Concur: HISCOCK, CHASE, COLLIN, CUDDEBACK, HOGAN, CARDOZO and POUND, JJ.